Court Of Appeals
Fourth Court of Appeals District of Texas


# MEMORANDUM OPINION

No. 04-09-00034-CV

Reynaldo M. **CORTEZ**,
Appellant

v.

**STATE** of Texas, County of Bexar, City of San Antonio,
San Antonio Independent School District,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2001-TA1-04067
Honorable Karen Pozza, Judge Presiding

PER CURIAM

Sitting:　　Phylis J. Speedlin, Justice
　　　　　　Rebecca Simmons, Justice
　　　　　　Steven C. Hilbig, Justice

Delivered and Filed:　March 4, 2009

DISMISSED

Appellant has filed an agreed motion to dismiss the appeal. Therefore, the motion is granted and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(2), 43.2(f). Costs of the appeal are taxed against the parties who incurred them.

PER CURIAM